# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Multimedia Journalist & Speaker of L.G.B.T.Q+ Members Transgender Person: MRS. EyE Keyla my carruthers Washington (AKA) Antwan M. Caruthers OCA # 182404

[You are the PLAINTIFF, print your full name on this line.]

v. St. Joseph County Sheriff Dept.
Administration of SJCJ
Warden Russell Olmstead

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-470

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 22 2023
At Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] St. Joseph County Sheriff Dept. | 401 W. Sample St. South Bend In. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Administration of St. Joseph County Jail | 401 W. Sample St. South Bend In. 46601 |
| 3 | Warden: Russell Olmstead | 401 W. Sample St. South Bend In. 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? St. Joseph County Jail - 401 W. Sample St. South Bend In. 46601

3. Did the event you are suing about happen there? ☒ Yes ☐ No, it happened at: _____

4. On what date did this event occur? May 09, 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Wrongful Search and Seize. Violation of 1st, 4th, 5th, 8th, 14th Amendments.

I was searched by (male officer). I am Transgender, pronoun She/her/lady woman Person. Leaving a level of attention to show proof sense 2000 of being a arrestte at STJ all mug shots shows at intake being identified as woman. Today brings actions against this building of conduct for illegal and unreasonable search and seize with all other violated Amendments listed above for allowing Diputis of the male gender misgenderize, defame, discriminate, and allowing a hate crime to be successfully valid inside custody with employees that's male. Medical Source Statements shows proof of hormone therapy and Booking pictures shows proof of identification Transgender Person with a pronoun - woman. I have documentation of being Gender Dysphoria, leaving me to be searched by females by this agency. Under penalties for perjury all information is trued & correct. 900,000 United States of America currency for demand for damages and suffering.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ⊗ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Copy went to Internal Investigation No Response_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _900,000 United States of America Currency Allow Transgender Person to be given Cross Gender Searches._

[Initial Each Statement]

_EmCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCW_ I will keep a copy of this complaint for my records.
_EmCW_ I will promptly notify the court of any change of address.
_EmCW_ I WILL NOT send more than one copy of any filing to the court.
_EmCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_/_09_/20_22_ at _10_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Transgender Person: Mrs. Ezekeh my Case Worker_
(AKA) _Antwan M. Cruiston_                          _OCA# 122404_
**Signature**                                        **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]