# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
Multimedia Journalist & Speaker of L.G.B.T.Q.+ members, Transgender Person: Mrs. Eye Keyla My Carruthers Washington
also known as, Eye Keyla M Carruthers Washington
also known as, Antwan M Carruthers Washington

        Plaintiff

   v.

Civil Action No.  3:23-cv-470

ST JOSEPH COUNTY SHERIFF DEPT

ST JOSEPH COUNTY JAIL, Administration of SJCJ

RUSSELL OLMSTEAD, Warden

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon E DeGuilio.

DATE: 6/5/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                          by   s/A. Highlen
                                                          *Signature of Clerk or Deputy Clerk*